No. 99–5176. YOUNG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5177. ZAKHIA v. PINCHAK, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5178. WILLIAMS v. LENSING, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–5179. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5180. SAYLER v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 99–5181. OATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5183. MCNEIL v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5184. WOODARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5185. LAMBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–5186. MONROE v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 99–5187. BARTEL v. FLETCHER. C. A. 11th Cir. Certiorari denied.

No. 99–5188. AENK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5189. WALLACE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–5190. CARROLL v. GRAND CASINO MILLE LACS ET AL. Ct. App. Minn. Certiorari denied.

No. 99–5191. GULLEY v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5192. HOUSER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.